IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**DAVID WEATHERMAN,**

    Plaintiff,

vs.                                                  CIV 16-265 KG/WPL

**RAMON EYLICIO, in this individual capacity,**
**AMY DUDEWITZ (sic), in her individual capacity,**
**BERNALILLO COUNTY ex rel.**
**THE BERNALILLO COUNTY SHERIFF'S OFFICE and**
**THE BOARD OF BERNALILLO COUNTY**
**COMMISSIONERS,**

    Defendants.

## STIPULATED ORDER
## DISMISSING COUNT II OF PLAINTIFF'S COMPLAINT WITH PREJUDICE

**THIS MATTER** having come before the Court on County Defendants' Unopposed Motion to Dismiss No I: Dismissal of Count II of Plaintiff's Complaint Based Upon Statute of Limitations, Doc. 22, and the Court, having reviewed the pleadings and being otherwise fully advised in the premises, hereby **FINDS** that the motion is unopposed, well taken and should be granted;

**THEREFORE IT IS ORDERED, ADJUDGED AND DECREED** that County Defendants' Unopposed Motion to Dismiss No I: Dismissal of Count II of Plaintiff's Complaint Based Upon Statute of Limitations, Doc. 22 is hereby granted and Count II of Plaintiff's Complaint is dismissed with prejudice.

                                                          _____
                                                          UNITED STATES DISTRICT JUDGE

Submitted By:

ROBLES, RAEL & ANAYA, P.C.


By:     /s/ Luis Robles
        Luis Robles
        Taylor S. Rahn
        Attorneys for County Defendants
        500 Marquette Ave., NW, Suite 700
        Albuquerque, New Mexico  87102
        (505) 242-2228
        (505) 242-1106 (facsimile)


Approved by:

*Electronically approved on June 30, 2016*
Jason Lewis
Law Office of Jason J. Lewis, LLC.
201 12th Street NW.
Albuquerque, NM 87102
jjl@jjllaw.com

Marshall J. Ray
Law Office of Marshall J. Ray, LLC.
201 12th Street NW.
Albuquerque, NM 87102
mray@mraylaw.com