IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DAVID WEATHERMAN

    Plaintiff,

vs.                                              CIV 16-265 KG/WPL

RAMON EYLICIO, in this individual capacity,
AMY DUDEWITZ (sic), in her individual capacity,
BERNALILLO COUNTY ex rel.
THE BERNALILLO COUNTY SHERIFF'S OFFICE and
THE BOARD OF BERNALILLO COUNTY
COMMISSIONERS,

    Defendants.

## STIPULATED ORDER GRANTING UNOPPOSED MOTION TO AMEND COMPLAINT

THIS MATTER came before the Court on Plaintiff David Weatherman's Unopposed Motion Amend Complaint (Doc. 24). The Court, noting that Defendant does not oppose this Motion and that there is good cause, grants the Motion.

It is THEREFORE ORDERED that Plaintiff's Unopposed Motion to Amend Complaint is granted and Plaintiff is permitted to file the First Amended Complaint for Damages for Civil Rights Violations, which was attached as Exhibit 1 to Plaintiff's Unopposed Motion to Amend Complaint.

_____
UNITED STATES DISTRICT JUDGE

1

2

Submitted by:

/s/ *Jason J. Lewis*
Jason J. Lewis

/s/ *Marshall J. Ray*
Marshall J. Ray

*Attorneys for Plaintiff*

Approved by:

Via e-mail on July 18, 2016
Taylor Rhan

*Attorney for Defendant*

2