## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**DAVID WEATHERMAN,**

       **Plaintiff,**

vs.                                            No. CIV 16-265 KG/WPL

**RAMON EYLICIO, in his individual capacity,**
**AMY DUDEWITZ (sic), in her individual capacity,**
**JOAQUIN RODRIGUEZ, in his individual capacity,**
**SANTIAGO ROYBAL, in his individual capacity,**
**BERNALILLO COUNTY ex rel.**
**THE BERNALILLO COUNTY SHERRIF'S (sic) OFFICE and**
**THE BOARD OF BERNALILLO COUNTY**
**COMMISSIONERS,**

       **Defendants.**

### ORDER GRANTING COUNTY DEFENDANTS' UNOPPOSED MOTION FOR PROTECTIVE ORDER STAYING DISCOVERY UNTIL THE COURT RULES ON COUNTY DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON THE BASIS OF QUALIFIED IMMUNITY

**THIS MATTER** came before the Court on County Defendants' Unopposed Motion for Protective Order Staying Discovery until this Court Rules on County Defendants' Motion for Partial Summary Judgment on the Basis of Qualified Immunity **(Doc. No. 29)**. Having considered the Motion and the fact that the Motion is unopposed, the Court finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED**, all previous deadlines set forth in this Court's Scheduling Order **(Doc. No. 19)**, are hereby vacated.

**IT IS FURTHER ORDERED**, all discovery in this matter shall be stayed until the Court issues a ruling on County Defendants' Motion for Partial Summary Judgment on the Basis of Qualified Immunity (**Doc. No. 27**).

**FINALLY, IT IS ORDERED**, that the settlement conference previously scheduled for August 16, 2016 shall proceed as scheduled.

*William P. Lynch*
William P. Lynch
United States Magistrate Judge

SUBMITTED BY,

ROBLES, RAEL & ANAYA, P.C.

By:   /s/ Luis Robles
      Luis Robles
      Taylor Sauer Rahn
      Attorney for County Defendants
      500 Marquette Ave., NW, Suite 700
      Albuquerque, New Mexico   87102
      (505) 242-2228
      (505) 242-1106 (facsimile)

APPROVED BY:

*Approved via e-mail on July 27, 2016*
Jason Lewis
Law Office of Jason J. Lewis, LLC.
201 12th Street NW.
Albuquerque, NM 87102
jjl@jjllaw.com

Marshall J. Ray
Law Office of Marshall J. Ray, LLC.
201 12th Street NW.
Albuquerque, NM 87102
mray@mraylaw.com